UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

January 26, 2021

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

RICARDO MARMOLEJO,

Defendant.

Case No. 2:21-mj-006-JDP

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  RICARDO MARMOLEJO ,

Case No. 2:21-mj-006-JDP  Charge 21 USC §§ 846, 841(a)(1) , from custody for

the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

  X  Unsecured Appearance Bond $  75,000.00 co-signed by Miguel Marmolejo and Laura Garnica

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

  X  (Other): Terms and conditions as stated on the record.

Issued at Sacramento, California on January 26, 2021 at __2:33 pm_____.

By:  /s/ Carolyn K. Delaney _____

Magistrate Judge Carolyn K. Delaney