PHILLIP A. TALBERT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:21-cr-00020-JAM-3 |
|---|---|
| Plaintiff, | **ORDER DISMISSING INDICTMENT AS TO DEFENDANT RICARDO MARMOLEJO** |
| v. | |
| RICARDO MARMOLEJO, | DATE: September 24, 2024<br>TIME:  9:00 a.m.<br>COURT: Hon. John A. Mendez |
| Defendant. | |

**<u>ORDER</u>**

Based on the United States' Motion to Dismiss, and pursuant to Rule 48 of the Federal Rules of Criminal Procedure, it is HEREBY ORDERED that the Indictment is **DISMISSED** as to the above-captioned defendant. As to the above-captioned defendant, the Status Hearing scheduled for September 24, 2024, is **VACATED**.

Dated: September 18, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE